IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BENOIT NSABIMANA, | : | |
| Plaintiff(s), | | Case No. 3:24-cv-00212 |
| | : | |
| - vs - | | District Judge Thomas M. Rose |
| | | Magistrate Judge Peter B. Silvain, Jr. |
| PSA AIRLINES, INC., | : | |
| Defendant(s). | | |

**ORDER OF REFERENCE**

Pursuant to 28 U.S.C. §636(b)(1)(A) and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Peter B. Silvain, Jr., ADR Coordinator, for the purpose of overseeing the mediation process. Mediation is requested to be scheduled for the as soon as parties' schedules permit.

Dated: September 2, 2025            *s/Thomas M. Rose*
                                     Thomas M. Rose, Judge
                                     United States District Court